1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MICHELLE LO (NYRN 4325163)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
          150 Almaden Boulevard, Suite 900
6         San Jose, California 95113
          Telephone: (415) 846-8947
7         FAX: (408) 535-5081
          Douglas.Johns@usdoj.gov
8
   Attorneys for UNITED STATES OF AMERICA
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13

14 | IN RE: REQUEST FOR INTERNATIONAL ) MISC. NO.
   | JUDICIAL ASSISTANCE FROM THE      )
   | INCHEON DISTRICT COURT, REPUBLIC  )
15 | OF KOREA, IN THE MATTER OF        ) EX PARTE APPLICATION FOR ORDER
   | EUNYOUNG KIM V. MIN SONG          ) PURSUANT TO 28 U.S.C. § 1782
16 |                                   )
   |                                   )
17 |                                   )
   |                                   )
18 |_____)

19

20    Ismail J. Ramsey, United States Attorney for the Northern District of California, by the

21 undersigned Assistant United States Attorney, Douglas Johns, petitions this Court for an Order pursuant

22 to 28 U.S.C. § 1782(a), appointing Douglas Johns, Assistant United States Attorney, Commissioner for

23 the purposes of obtaining documents from Google, Inc. Certain information has been requested by the

24 Incheon District Court in Incheon, Republic of Korea ("Korean Court") pursuant to a Letter of Request

25 issued in connection with a civil judicial proceeding captioned: *Eunyoung Kim v. Min Song*, Foreign

26 Reference Number 2024-F-1264.

27

28

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
                                1

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Google does not object to entry of the accompanying proposed order. This Application is unopposed.

                                  Respectfully submitted,

                                  ISMAIL J. RAMSEY
                                  United States Attorney

DATED: July 11, 2024                */s/ Douglas Johns*
                                  DOUGLAS JOHNS
                                  Assistant United States Attorney