# Exhibit 1

제출자:박윤경, 제출일시:2024.04.02 09:36, 출력자:김은정, 다운로드일시:2024.04.03 10:50, 사건번호:2022가단288564
개인정보유출주의 등록자:최은정, 등록일시:2024.03.18 14:02, 출력자:박유경, 다운로드일시:2024.03.28 15:31

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항: 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜는 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | | |
|---|---|---|
| 1. | Sender<br>(발송처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seucho-gu,<br>SEOUL  06590<br>REPUBLIC OF KOREA |
| 2. | Central Authority of<br>the Requested State<br>(수탁 국가의 중앙당국) | (identity and address)<br><br>Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. | Person to whom the<br>executed request is to<br>be returned<br>(집행된 요청서의 수신처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL  06590<br>the REPUBLIC OF KOREA |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
   (촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

Date
(날짜)

Reason for urgency*
(긴급을 요하는 이유)

\* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

A2679

제출자:박윤경, 제출일시:2024.04.02 09:36, 출력자:허른정, 다운로드일시:2024.04.03 10:20, 사건번호:2022가단288569

## IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
## THE UNDERSIGNED APPLICANT HAS THE HONOUR
## TO SUBMIT THE FOLLOWING REQUEST:
### (협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서류를 제출합니다.)

| | | |
|---|---|---|
| 5. a | Requesting judicial authority (Article 3,a) <br> (촉탁 사법 당국) <br> (제3조 1) | **Incheon District Court** <br> **17, Soseong – ro 163beon-gil, Michuhol-gu,** <br> **Incheon 22220** <br> **REPUBLIC OF KOREA** |
| b | To the competent authority of (Article 3,a) <br> (적절한 관할 당국)(제3조 1) <br> (모를 때에는 기재하지 말 것) | (the requested State) |
| c | Names of the case and any identifying number <br> (사건의 이름과 번호) | 2022-GADAN-288569 <br> Compensation for Damages (Others) |

6. Names and addresses of the parties and their representatives
(including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*))(제3조 2)

| | | |
|---|---|---|
| a | Plaintiff <br> (원고) | EUNYOUNG KIM |
| | Representatives <br> (변호인) | Attorney  YUNKYUNG PARK |
| b | Defendant <br> (피고) | MIN SONG |
| | Representatives <br> (변호인) | Law firm JUNG JIN , <br> Attorney  SEON-KI OK , Attorney  HO-UN JIN |
| c | Other parties <br> (그 외) | |
| | Representatives <br> (변호인) | |

\* Omit if not applicable.
  (필요 없는 경우에는 삭제할 것.)

A2679

개인정보유출주의 제출자:김경욱, 송달물 등재일시:2023.12.18 09:12, 출력자:박윤경, 다운로드일시:2023.12.27

제출자:박효정, 제출원시:2024.04.02 09:36, 출력자:김윤정, 다운로드시:2024.04.03 10:26, 사건번호:2022가단293665

| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성질(이혼, 친자, 계약위반, 제조물 책임, 기타 등등))(제3조 3) | Compensation for Damages |
|---|---|---|
| b | Summary of complaint (소장(청구)에 대한 요약) | 1. The Defendant shall pay the Plaintiff the principal, which is KRW. 50,000,000 in damages, as well as interest calculated on the principal at the rate of 12% per annum from the day after the Authentic Copied of the Complaint in this case is delivered until the date of full payment. 2. The Lawsuit cost shall be paid by the Defendant. 3. Paragraph 1 may be executed provisionally. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행 할 그 밖의 사법적 처분)(제3조 4) | YouTube Account subject to Fact-Finding Account Name in Korean : 스나이퍼의 눈 (Sniper's Eye) @user-zg5hk4iq3u |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | The Defendant is the owner of a YouTube account named @user-zg5hk4iq3u and uploaded a video slandering the Plaintiff on the account and the above-mentioned articles slandering the Plaintiff continue to be published to this day. Therefore, the Plaintiff requests a Fact-Finding to confirm that the Defendant is the owner of the account. |
| 9. | Identity and address of any person to be examined (Article 3,c)* (신문 받을 자의 신원과 주소)* (제3조 5)* | Name : Google LLC Address : 1600 Amphitheatre Parkway Mountain view CA 94043 USA |
| 10. | Questions to be put to the persons to be examined or statement about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 주제에 관한 진술)(제3조 6)* | (see attached list) |

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것)

A2679

개인정보유출주의 제출자:김경욱, 송달물 등재일시:2023.12.18 09:12, 출력자:박윤경, 다운로드일시:2023.12.27

제출자:박윤경, 제출일시:2024.04.02 09:36, 출력자:최은성, 다운로드일시:2024.04.03 10:20, 사건번호:2022가단289689

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)* (증거조사가 이루어질 서류나 물건 (부동산, 동산 등)(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)* (증거가 선서 또는 서약에 의하여 제출되어야 하는 요건, 사용될 특별한 형식)(제3조 8)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence) (신청의 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로되, 증거조사를 원하는지 명시하시기 바랍니다.) |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)* (따라야 하는 특별한 방식 또는 절차는 (예: 발문 또는 급문, 말한 그대로 기록, 필록, 출간 기록 또는 요약, 교차신문, 기타 등등)(제3조 9, 제9조)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law) (신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.) |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* (촉탁문서의 집행 시간과 장소를 통지 받는자와 통지 내용안에게 권리 대리는 요청 권리고 알려줘야 한 이의 신원과 주소)(제7조)* | |
| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)* (촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | |

* Omit if not applicable.
(필요없는 경우에는 삭제할 것.)

A2679

개인정보유출주의 제출자:김경옥, 송달물 등재일시:2023.12.18 09:12, 출력자:박윤경, 다운로드일시:2023.12.27

제출자:박윤경, 제출일시:2024.04.02 09:36, 출력자:자은정, 다운로드일시:2024.04.03 10:20, 사건번호:2022가단299569

| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (출탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | (attach copies of relevant laws or regulations) (관련된 법 또는 규정의 사본을 첨부 할 것.) |
| --- | --- | --- |
| 17 | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | (identity and address) |

**DATE OF REQUEST**  March. 14. 2024.

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**   Judge   Wondu Jin

\* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

개인정보유출주의 제출자:김경옥, 송달물 등재일시:2023.12.18 09:12, 출력자:박윤경, 다운로드일시:2023.12.27

## Incheon District Court
# Fact-Finding Statement

**Messrs. Google LLC**

| | | |
|---|---|---|
| Case | 2022-GADAN-288569 | Compensation for Damages (Others) |
| Plaintiff | EUNYOUNG KIM | |
| Defendant | MIN SONG | |



For the purpose of hearing the above case, I, the plaintiff, request inquiry into the following matters pursuant to Article 294 of the Civil Procedure Act. Please reply and let me know.

Inquiry requested : Same as the contents of the attached Appendix

※ Please be sure to indicate the case number designated by this court in your reply.

※ Replies to Fact-Finding can be made in the following manner on the website of "Supreme Court Electronic Litigation". Access the Website → Click "Submit Documents" → Click "Submit a Reply, Etc." → Click "Reply to Fact Finding Statement" → Submit the Reply File.

July 12, 2023

Judge, DOOYEONG JANG     (Sealed)

**Incheon District Court**

# Request Letter for Fact-Finding Statement

| | |
|---|---|
| Case | 2022-GADAN-288569 Compensation for Damages (Others) |
| | [Court in charge: 9 Sole Civil Department] |
| Plaintiff | EUNYOUNG KIM |
| Defendant | MIN SONG |



The Plaintiff, who is a party to the above case, requests a Fact-Finding as follows to prove the facts claimed by the plaintiff in relation to the above case.

## Purpose of Entrustment Regarding Fact-Finding

The Defendant is the owner of a YouTube account named @user-zg5hk4iq3u (Sniper's Eye) and as stated in Exhibit for the Plaintiff No. 38 ~ Exhibit for the Plaintiff No. 46, uploaded a video slandering the Plaintiff on the account and the above-mentioned articles slandering the Plaintiff continue to be published to this day. Therefore, the Plaintiff requests a Fact-Finding to confirm that the Defendant is the owner of the account. (English file translated by a Certified Translator is attached.)

## Name and Address of the Agency requested for Fact-Finding

Name : Google LLC
Address : 1600 Amphitheatre Parkway Mountain view CA 94043 USA

## Information for Fact-Finding

1) YouTube Account subject to Fact-Finding
   www.youthbe.com/@user-zg5hk4iq3u
   Account Name in Korean : Sniper's Eye

2) Name signed up for the Google YouTube Channel 'www.youtube.com/@user-zg5hk4iq3u' account, the name, address, phone number, cell phone number, email address, and ID. No. (in Korea) of the recipient of the profits.

3) Account number and bank information of the member of Google YouTube Channel 'www.youtube.com/@user-zg5hk4iq3u' where the profits from the YouTube channel are deposited.

## Appendix

1. Request Letter
2. Reply to Fact-Finding provided by Google Korea


July 04, 2023


Attorney for the Plaintiff,

Lawyer, YUNKYUNG PARK


**Messrs. Incheon District Court**

1264

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | | |
|---|---|---|
| 1. | Sender<br>(발송처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL  06590<br>REPUBLIC OF KOREA |
| 2. | Central Authority of the Requested State<br>(수탁 국가의 중앙당국) | (identity and address)<br><br>Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. | Person to whom the executed request is to be returned<br>(집행된 요청서의 수신처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL  06590<br>the REPUBLIC OF KOREA |

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

Date
(날짜)

Reason for urgency*
(긴급을 요하는 이유)

----

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

## IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
## THE UNDERSIGNED APPLICANT HAS THE HONOUR
## TO SUBMIT THE FOLLOWING REQUEST:
**(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

5. a  Requesting judicial authority (Article 3,a)
(촉탁 사법 당국)
(제3조 1)

Incheon District Court
17, Soseong-ro 163beon-gil, Michuhol-gu,
Incheon 22220
REPUBLIC OF KOREA

b  To the competent authority of (Article 3,a)
(집행할 관할 당국(제3조 1)
(모르는 경우에는 기재하지 말 것).

(the requested State)

c  Names of the case and any identifying number
(사건의 이름과 번호)

2022가단288569 손해배상(기)

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*))(제3조 2)

a  Plaintiff
(원고)

김은영

Representatives
(변호인)

변호사 박윤경

b  Defendant
(피고)

송민

Representatives
(변호인)

법무법인(유한)정진 담당변호사 옥선기, 진호언

c  Other parties
(그 외)

Representatives
(변호인)

\* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등)(제3조 3) | 손해배상 |
|---|---|---|
| b | Summary of complaint (소장(청구)에 대한 요약) | 1. 피고는 원고에게 금50,000,000원 및 이에 대하여 이 사건 소장 부본 송달 다음날부터 완제일까지 연12%의 비율에 의한 금원을 지급하라. 2. 소송비용은 피고의 부담으로 한다. 3. 위 제1항은 가집행할 수 있다. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | 사실조회 대상 유튜브 계정 한글 계정이름 : 스나이퍼 눈 |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | 피고는 youtube계정 @user-zg5hk4iq3u의 소유주로 해당 계정을 통해 원고에 대해 비방하는 영상을 올린 이후 현재까지 계속하여 게재되어 있는 상태입니다. 피고가 해당 계정의 소유주임을 확인하기 위해 사실조회 신청합니다. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | 성명 : 구글 엘엘씨 주소 : 1600 앰피시어터 파크웨이 마운틴 뷰, 캘리포니아 94043 미국 |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | (see attached list) |

* Omit if not applicable.
  (필요 없는 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)*<br>(증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)*<br>(증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence)<br>(신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.) |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)*<br>(따라야 하는 특별한 방식 또는 절차)<br>(예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law)<br>(신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.) |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)*<br>(촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청.<br>그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |
| 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)*<br>(촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청)<br>(제8조)* | |

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (속탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | (attach copies of relevant laws or regulations) (관련된 법 또는 규정의 사본을 첨부 할 것.) |
|---|---|---|

| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | (identity and address) |
|---|---|---|

**DATE OF REQUEST**

March. 14. 2024.

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

Judge          Wondu Jin    *Wondu Jin*

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

제 2024-000978

# 번 역 확 인 증 명 서

| 신청인<br>(원본신청인) | 성 명 | 김은영 |
|---|---|---|
| | 생년월일 | |
| | 주 소 | |
| 용 도 | | 기관 제출용 |

본 문서는 2024년 03월 28일 상기인의 위임에 의하여 2024년 03월 28일부터 2024년 04월 01일까지 본인 (송영선)이 번역하였으며, 원문과 틀림없음을 진술합니다.

**붙임**

**1. 요청서 번역문**

**2. 요청서 원문**

**2024년 04월 01일**

512-08-94235
서초번역행정사   송 영 선
서울특별시 서초구 서초대로 286
B동 102호(서초동, 서초프라자)
외국어번역행정사
봉역, 번역, 유학
이번, 외국인상담

서 비 스



대한 외국어 번역 행정사 협회

## 서초번역행정사 (영어) 송 영 선

서울시 서초구 서초대로 286, 서초프라자 B 102
Tel : 02-2055-1206   E-mail : trans2015@naver.com
자격번호 : 13301070283

제2024-0011

# 번 역 확 인 증 명 서

| 신청인<br>(원본신청인) | 성 명 | 김은영 |
|---|---|---|
| | 생년월일 | |
| | 주 소 | |
| 용 도 | | 기관 제출용 |

본 문서는 2024년 01월 03일 상기인의 위임에 의하여 2024년 01월 03일부터 2024년 01월 04일까지 본인 (송영선)이 번역하였으며, 원문과 틀림없음을 증명합니다.

붙임
1. 사실조회서 등 번역문
2. 사실조회서 등 원문

2024년 01월 04일

512 - 08 - 94235

서초번역행정사   송 영 선

서울특별시 서초구 서초대로 286
302호(서초동, 서초프라자)
외국어번역행정사
너 비 스       통역·민원·유학
이민·국적사무



대한외국어번역행정사협회

서초번역행정사, 송 영 선

서울시 서초구 서초대로 286, 서초프라자 302호
Tel : 02-2055-1206   E-mail : trans2015@naver.com
자격번호 : 13301070283

인천지방법원

# 사실조회서

Google LLC 귀하

사    건    **2022가단288569**    손해배상(기)

원    고    김은영

피    고    송민



위 사건의 심리를 위하여 민사소송법 제294조에 의거하여 다음 사항을 조회하오니 회보하여 주시기
바랍니다.


조회사항 : 별지와 같음


※ 회보서에는 당원의 사건번호( 2022가단288569 )를 반드시 기재하여 주시기 바랍니다.
※ 사실조회회신은 "대법원 전자소송 홈페이지 → 서류제출 → 회신서 등 제출 → 사실조회회신서
선택 → 회신서 파일제출"의 방법으로 할 수 있습니다.


2023. 7. 12.


판사     장 두 영     

# 사실조회신청서

| 사 | 건 | 2022가단288569 손해배상(기) | [담당재판부:민사9단독] |
|---|---|---|---|
| 원 | 고 | 김은영 | |
| 피 | 고 | 송민 | |

위 사건에 관하여 주장사실을 입증하기 위하여 다음과 같이 사실조회를 신청합니다.

## 사실조회촉탁의 목적

피고는 youtube계정 @user-zg5hk4iq3u 의 소유주 (채널명 스나이퍼눈)로 해당계정을 통해 갑제38호증 ~갑제46호증 내역과 같이 원고에 대해 비방하는 영상을 올린 이후 현재까지 계속하여 게재되어 있는 상태입니다. 피고가 해당 계정의 소유주임을 확인하기 위해 사실조회 신청합니다. (영문공증 파일을 첨부합니다.)

## 사실조회기관의 명칭 및 주소

명칭 : Google LLC

주소 :     1600 Amphitheatre Parkway  Mountain view CA 94043 USA

## 사실조회사항

1) 사실조회 대상 유튜브 계정

www.youtube.com/@user-zg5hk4iq3u

한글 계정이름 : 스나이퍼 눈

2) 구글유튜브 채널 'www.youtube.com/@user-zg5hk4iq3u' 의 가입명의자의 이름, 채널 수익금 수령인의 이름, 주소, 전화번호, 핸드폰 번호, 이메일주소, 주민등록번호(한국) 전달을 요청합니다.

3) 구글 유튜브채널 'www.youtube.com/@user-zg5hk4iq3u' 의 가입자의 유튜브 수익금을 입금하는 계좌의 계좌번호 및 계좌 은행 정보의 전달을 요청합니다.

## 첨 부 서 류

1.  request letter
2.  구글코리아 사실조회회신서

2023.07.04

원고 소송대리인

변호사 박윤경

인천지방법원  귀중



# 서 초 번 역 행 정 사

**대표: 송 영 선** (공인외국어번역행정사. 13301070283)

[137-873] 서울시 서초구 서초대로 286, 서초프라자 B 112

대한국어번역행정사협회   **Tel : 010-4723-1206   Fax : 02-584-0528   E-mail :trans2015@naver.com**

# 진술서

본인, 송영선은 대한민국 정부로부터 자격을 부여받아
13301070283 번으로 공식 등록된 공인 외국어 번역 행정사로서
첨부된 번역문은 원문과 같음을 선언합니다.

송 영 선

외국어번역행정사  송 영 선 (SONG, YOUNG SUN)

2024년   1월   4일

날짜

제 2024-0021

# 번 역 확 인 증 명 서

| 신청인 | 성    명 | 김은영 |
|---|---|---|
| (원본신청인) | 생년월일 | |
| | 주    소 | |
| 용    도 | 공공기관 제출용 | |

본 문서는 2024년 01월 03일 상기인의 위임에 의하여 2024년 01월 03일부터 2024년 01월 11일까지 본인 (송영선)이 번역하였으며, 원문과 틀림없음을 증명합니다.

붙임
1. 해외증거조사협약에 따른 요청서 번역문
2. 해외증거조사협약에 따른 요청서 원문

2024년 01월 11일

512-08-94235
서초번역행정사    송 영 선
서울특별시 서초구 서초대로 286
비층 102호(서초동, 서초프라자)
외국어번역행정사
서 비 스    통역 번역 유
이민 외국인상



대한 외국어 번역 행정사 협회

서초번역행정사, 송 영 선
서울시 서초구 서초대로 286, 서초프라자 112호
Tel : 02-2055-1206    E-mail : trans2015@naver.com
자격번호 : 13301070283